UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Matthew Leroy Jenkins,

            Plaintiff,

      vs.

Joan Fabian and
Daniel Raden,

           Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 07-401 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated March 20, 2007, and for failure to prosecute.

2.    That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

DATED: May 25, 2007　　　　　　　　　　s/Michael J. Davis
At Minneapolis, Minnesota　　　　　　　　Michael J. Davis, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court